UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Case No. 17-11058-JKO

MARIA CAROLINA ALVARINO Chapter 7

Debtor.
_______________________________________ /

**NOTICE OF COMPLIANCE**

COMES NOW, SONYA L. SALKIN, TRUSTEE, and hereby advises the Clerk that Debtor has fully paid off settlement proceeds, and Trustee hereby directs the Clerk of Court to enter an Order of Discharge of Debtor.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Maria Carolina Alvarino, 1000 Sw 128th Terrace #v104, Pembroke Pines, FL 33027-4042 and was served electronically via CM/ECF to all parties registered to receive electronic notice, including, debtor(s) attorney, Robert Sanchez, and to the Office of the U.S. Trustee on April 26, 2017.

/s/ Sonya L. Salkin, Trustee

Sonya L. Salkin, Trustee
P.O. Box 15580
Plantation, FL 33318
(954) 423-4469